In the Matter of the Application for the Removal of CHARLES A. RUPP and JOHN H. COOPER, Respondents, from the Offices of Police Commissioners of the Board of Police of the Department of Police of the City of Buffalo.

LODOWICK H. JONES, Petitioner, Appellant.

*Matter of Rupp,* 45 App. Div. 631, appeal dismissed.
(Submitted January 9, 1900; decided January 23, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1899, which affirmed an order of a justice of the Supreme Court, denying an *ex parte* application for an

order to show cause why the respondents should not be removed from office.

*L. H. Jones*, appellant, in person.

No appearance for respondents.

Appeal dismissed; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.